UNITED STATES DISTRICT COURT
FOR  THE
DISTRICT OF VERMONT

Joshua Dilley,                      :
        Plaintiff,                  :
                                    :
            v.                      :  File No. 2:11 CV 80
                                    :
Commissioner of Social Security,    :
        Defendant.                  :

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed September 1, 2011. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The plaintiff's motion to remand (Doc. 7) is **GRANTED**. This matter is remanded to the Commissioner under sentence six of 42 U.S.C. §405(g) for consideration of Plaintiff's new evidence.

Dated at Burlington, in the District of Vermont, this 20th day of September, 2011.


                        <u>/s/ William K. Sessions III</u>
                         William K. Sessions III
                         U.S. District Court Judge

1