UNITED STATES DISTRICT COURT
FOR  THE
DISTRICT OF VERMONT

JOSHUA DILLEY,                              :
    Plaintiff,                          :
                                            :
             v.                          : Case No. 2:11-cv-80
                                            :
Commissioner of Social Security,   :
    Defendant.                          :

ORDER

The  Report  and  Recommendation  of  the  United  States Magistrate Judge dated June 26, 2015.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The  Plaintiff's  Motion  for  Order  Reversing  Decision  of Commissioner (Doc. 26) is **GRANTED,** and the Commissioner's Motion for  Order  Affirming  Decision  of  Commissioner  (Doc.  30)  is **DENIED.**  The matter is **REMANDED** for further proceedings and a new decision in accordance with the  Report and Recommendation of the United States Magistrate Judge.

Dated at Burlington, in the District of Vermont, this 27th day of July, 2015.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge